**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF WASHINGTON**

http://www.wawb.uscourts.gov

**CHANGE OF ADDRESS**

(See reverse for requirements of LBR 9011-1 relating to change of address or telephone number)

Case Name: Michael & Lorrie Schoenborn    Case No. 12-42821

FOR:
- [✔] Debtor
- [✔] Joint Debtor
- [ ] Creditor
- [ ] Attorney (Please include bar no. _____)
- [ ] Defendant

OLD ADDRESS:

Name: Michael & Lorrie Schoenborn
Address: 865 Twelfth Street, SW  Bandon, OR 97411

Phone:
Email address (Attorney only):

NEW ADDRESS:

Name: Michael & Lorrie Schoenborn
Address: P.O. Box 293, Bandon, Oregon 97411

Phone:
Email address (Attorney only):

Signature of Party(s) Requesting Change

/s/ Lara M. Gardner    WSB No. 42443        Date 6/8/2015

Lara M. Gardner

Rev. 6/28/2012
Change of Address

Rule 9011-1. NOTICE OF CHANGE OF ADDRESS, TELEPHONE, NUMBER, OR EMAIL ADDRESS

(a) Written Notice of Change of Address, Phone, Email Address, Notices of changes of address, telephone number, and email address must be filed in writing within 10 days of the effective date and served on the trustee, parties requesting special notice, and all parties to any adversary proceeding.

(b) Conclusive Address. The address, telephone number, and email address of a party or his or her attorney, as noted on the first pleading filed by that party or attorney or as changed in accordance with subparagraph (a), shall be conclusively presumed to be the last known address, telephone number, and email address of said party or attorney.